IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM J. PAATALO,<br><br>  Plaintiff,<br><br>vs.<br><br>EVEREST FUNDING (REVOKED DBA OF GRIFFIN FUNDING, INC.) and JOHN DOES 1-50 INCLUSIVE,<br><br>  Defendants. | CV 25-216-M-KLD<br><br>**ORDER** |

Defendant Griffin Funding Inc. moves for the admission of David G. Ross to practice before this Court in this case with Fred Simpson to act as local counsel. Mr. Ross's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit David Ross pro hac vice is GRANTED on the condition that Mr. Ross shall do his own work.  This means that Mr. Ross must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ross, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 6th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge