IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM J. PAATALO,<br><br>   Plaintiff,<br><br>vs.<br><br>EVEREST FUNDING (REVOKED DBA OF GRIFFIN FUNDING, INC.) and JOHN DOES 1-50 INCLUSIVE,<br><br>   Defendants. | CV 25-216-M-KLD<br><br><br>**ORDER** |

    Defendant Griffin Funding Inc. moves for the admission of Ann G. Willett to practice before this Court in this case with Fred Simpson to act as local counsel. Ms. Willett's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ann Willett pro hac vice is GRANTED on the condition that Ms. Willett shall do her own work. This means that Ms. Willett must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Willett, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 6th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge