IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM J. PAATALO, | CV 25-216-M-KLD |
| Plaintiff, | |
| vs. | **ORDER** |
| EVEREST FUNDING (REVOKED DBA OF GRIFFIN FUNDING, INC.) and JOHN DOES 1-50 INCLUSIVE, | |
| Defendants. | |

On January 9, 2026, the Court issued an order scheduling a preliminary pretrial conference for April 8, 2026, at 2:00 p.m. at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana. (Doc. 18).  In that order, the Court advised the parties that they should be prepared to address pro se Plaintiff William Paatalo's Motion for Judgment on the Pleadings (Doc. 8) during the preliminary pretrial conference. On February 25, 2026, the Court issued an order resetting the pretrial conference for April 9, 2026 at 2:00 p.m. (Doc. 23).

Defendant Everest Funding has also filed a Motion for Judgment on the Pleadings, which is fully briefed. (Doc. 19). Accordingly,

IT IS ORDERED that the parties should also be prepared to address

//

1

Defendant's Motion for Judgment on Pleadings at the preliminary pretrial conference on April 9, 2026.

DATED this 18th day of March, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

2