IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM J. PAATALO, | CV 25-216-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| EVEREST FUNDING (REVOKED DBA OF GRIFFIN FUNDING, INC.) and JOHN DOES 1-50 INCLUSIVE, | |
| Defendants. | |

Defendant Griffin Funding Inc. d/b/a Everest Funding has filed an

Unopposed Motion for Leave to Allow Counsel's Appearance by Zoom at the

preliminary pretrial conference on April 9, 2026. (Doc. 32). Accordingly, and good

cause appearing,

IT IS ORDERED that Defendant's Motion is GRANTED. Counsel for

Defendant, Mr. Ross, Ms. Willett, and Mr. Simpson may appear by Zoom at the

preliminary pretrial conference scheduled for April 9, 2026. Defendant's counsel

Rachel Parkin shall appear at the preliminary pretrial conference in person.

The Clerk of Court will notify counsel via e-mail of the meeting ID and

//

//

password in advance of the hearing. **Zoom Guidance and Setup available at:**

**https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 2nd day of April, 2026.

Kathleen L. DeSoto
United States Magistrate Judge