UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| William J. Paatalo,<br><br>               Plaintiff,<br><br>  vs.<br><br>Everest Funding,<br><br>              Defendant. | Case No. CV-25-216-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered.

Dated this 11th day of May, 2026

TYLER P. GILMAN, CLERK


By:   /s/ Annie Puhrmann
        Deputy Clerk