IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM J. PAATALO,<br><br>Plaintiff,<br><br>vs.<br><br>EVEREST FUNDING (REVOKED DBA OF GRIFFIN FUNDING, INC.) and JOHN DOES 1-50 INCLUSIVE,<br><br>Defendants. | CV 25-216-M-KLD<br><br>ORDER |

On May 11, 2026, the Clerk of Court entered judgment in favor of Defendant Everest Funding (Revoked d/b/a of Griffin Funding). (Doc. 39). Defendant has since filed an Application for Taxation of Costs seeking reimbursement for the following costs:

| | | |
|---|---|---|
| 12/15/25 | Notice of Removal | $405.00 |
| 01/2/26 | PHV Admission | $273.00 |
| 01/2/26 | PHV admission | $273.00 |
| | Total: | $951.00 |

(Docs. 40 and 40-1). Pro hac vice fees are not recoverable as costs under 28 U.S.C. § 1920. *See Kalitta Air LLC v. Central Texas Airborne System Inc.*, 741 F.3d 955, 957-58 (9th Cir. 2013). Accordingly,

//

IT IS ORDERED that Defendant is awarded $405.00 in costs.

DATED this 3rd day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge